**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

NATIONAL FAMILY PLANNING &
REPRODUCTIVE HEALTH
ASSOCIATION, INC. and FAIR HAVEN
COMMUNITY HEALTH CLINIC, INC.,

    Plaintiffs,

 v.

MICHAEL O. LEAVITT, Secretary of the
United States Department of Health and
Human Services, in his official capacity,

    Defendant.

Civil Action No. 09-CV-55-CFD

**MOTION FOR CONSOLIDATION**

Plaintiffs National Family Planning & Reproductive Health Association, Inc. and Fair Haven Community Health Clinic, Inc. respectfully move pursuant to Fed. R. Civ. P. 42 for consolidation with *State of Connecticut v. United States of America*, 09-CV-54-RNC.

Consolidation of these actions is appropriate because *NFPRHA v. Leavitt* and *State of Connecticut* challenge the same U.S. Department of Health and Human Services regulation and allege common questions of law and fact. *Compare* Compl. *NFPRHA*, 09-CV-55-CFD (alleging that Regulation at issue violates, *inter alia*, Administrative Procedure Act) *with* Compl., *State of Conn.*, 09-CV-54-RNC (same). Rule 42(a)(2) provides that "[if] actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Where there are common factual or legal questions, consolidation should be granted in order to "expedite trial and eliminate unnecessary repetition and confusion." *Devlin v. Transp. Commc'n Int'l Union*, 175 F.3d 121, 130 (2d Cir. 1999) (internal quotation marks and citation

omitted); *see also Kelleher v. ADVO, Inc.,* Civil No. 06CV01422 (AVC), 2007 WL 1232177, at *1 (D.Conn. Apr. 24, 2007) (granting consolidation motion where "three matters involve[d] common questions of law and fact").

Because *NFPRHA* and *State of Connecticut* involve common questions of law and fact and consolidation would promote the interests of judicial economy and eliminate confusion, Plaintiffs respectively request that the actions be consolidated. Plaintiff State of Connecticut consents to this request.

Dated:  1/16/09

Respectfully submitted,

David J. McGuire (ct27523)
American Civil Liberties Union
  Foundation of Connecticut
2074 Park Street, Suite L
Hartford, Connecticut 06106
Tel: (860) 523-9146
Fax: (860) 586-8900
Email: dmcguire@acluct.org

Jennifer Dalven*
Diana Kasdan*
Alexa Kolbi-Molinas*
Sukti Dhital*
American Civil Liberties Union
Foundation, 125 Broad Street, 18th floor
New York, NY 10004
Tel: (212) 549-2631
Fax: (212) 549-2652
Email: jdalven@aclu.org

*Counsel for Plaintiffs National Family
Planning & Reproductive Health
Association, Inc. and Fair Haven
Community Health Clinic, Inc.*
*Admission *pro hac vice* pending

2