UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONAL FAMILY PLANNING, ET AL :
    Plaintiffs                            :
                                          :     CIVIL ACTION NO.:
v.                                          :     3-09-cv-55 (CFD)
                                          :
HEALTH & HUMAN SVC.       :     JANUARY 21, 2009
    Defendant                           :

## ORDER OF TRANSFER

In the interest of justice, the above-captioned case is hereby transferred to the docket of The Honorable Robert N. Chatigny, United States District Judge, who sits in Hartford, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford, and bear docket number **3-09-cv-55 (RNC)**. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a), (formerly Local Rule 7(a)).

**SO ORDERED**.

Dated at Hartford, Connecticut, this 21st day of January, 2009.

                          /s/ Christopher F. Droney
                          Christopher F. Droney
                          United States District Judge